ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.   EDCV 08-1106 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: June 3, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE